UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEPHEN CALFO, et al.,
                            Plaintiffs,

        -against-

JOHN MESSINA, *et al.*,
                            Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2017

15 Civ. 4010 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Court has been informed that the Parties have reached a settlement in principle in this case; it is hereby

**ORDERED** that any motion for preliminary approval of a settlement shall be filed by May 31, 2017; any responses shall be filed by June 14, 2017; and a hearing will be held on June 27, 2017, at 11:00 A.M. It is further

**ORDERED** that all other conferences and due dates are adjourned, Plaintiffs' motion for class certification is denied without prejudice to renewal, and discovery is stayed.

The Clerk of Court is directed to close the motion at Dkt. No. 132.

Dated: April 27, 2017
       New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**