UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN CALFO and JANEZ DEMSAR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT CASSERA, MICHAEL J. GOLDE, and JOHN P. MESSINA, SR.,<br><br>Defendants. | **Case No. 1:15-cv-04010 (LGS)** |

**DECLARATION OF JUSTIN S. NEMATZADEH IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, Justin S. Nematzadeh, declare as follows:

1. I am an attorney practicing at the firm Pomerantz LLP, court-appointed lead counsel in the action. I respectfully submit this declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement.

2. Annexed hereto are true and correct copies of the following documents:

Exhibit 1: Stipulation and Agreement of Settlement, dated May 31, 2017 (the "Stipulation")

Exhibit A to the Stipulation: [Proposed] Order Granting Lead Plaintiffs' Motion for Preliminary Approval of Class Action Settlement

Exhibit A-1: Notice of Pendency and Proposed Settlement of Class Action ("Notice")

Exhibit A-2: Proof of Claim and Release Form

Exhibit A-3: Summary Notice of Pendency and Proposed Class Action Settlement

Exhibit A-4: Form of Postcard Notice Alternative

Exhibit B to the Stipulation: [Proposed] Order and Final Judgment ("Judgment")

Exhibit 2: *Fleisher v. Phoenix Life Ins. Co.*, No. 11-cv-8405, 2015 U.S. Dist. LEXIS 121574 (S.D.N.Y. Sept. 9, 2015)

Exhibit 3: *Booth v. Strategic Realty Trust, Inc.*, No. 13-cv-04921-JST, 2015 U.S. Dist. LEXIS 140723 (N.D. Cal. Oct. 15, 2015)

Exhibit 4: Firm Resume of Pomerantz LLP

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 31st day of May, 2017, at New York, New York.

*/s/ Justin S. Nematzadeh*
Justin S. Nematzadeh