```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
STEPHEN CALFO, et al.,                                      :
                              Plaintiffs,                   :
                                                            :
             -against-                                      :
                                                            :
JOHN MESSINA, et al.,                                       :
                              Defendants.                   :
                                                            :
----------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __6/27/2017__

15 Civ. 4010 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on June 27, 2017, a hearing was held regarding Plaintiffs' unopposed motion for preliminary approval of class action settlement; it is hereby

**ORDERED** that, by July 7, 2017, Plaintiffs shall file the following:

1. A letter that (i) describes the settlement in the related bankruptcy proceeding and (ii) explains the representation that the recovery is 17.94% of a low damages estate and 8.51% of a high damages estimate, including a calculation of the two damages estimates, how they differ and whether the cited percentages are on a gross basis or net basis;

2. A letter motion to appoint the claims administrator; and

3. A letter motion regarding Plaintiffs' proposed amended complaint. It is further

**ORDERED** that the Claim Form shall be revised to put the claim form first, followed by the release.  It is further

**ORDERED** that, by July 7, 2017, Plaintiffs shall email Chambers a Word version of their proposed order, including proposed dates.

Dated: June 27, 2017
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE