**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STEPHEN CALFO and JANEZ DEMSAR, Individually and on Behalf of All Others Similarly Situated, | |
| Plaintiffs, | **Case No.: 1:15-cv-04010 (LGS)** |
| v. | **Motion Date: October 24, 2017** |
| ROBERT CASSERA, MICHAEL J. GOLDE, and JOHN P. MESSINA, SR., | |
| Defendants. | |

**NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL**
**OF CLASS ACTION SETTLEMENT**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of the Unopposed Motion for Final Approval of Class Action Settlement, dated September 20, 2017, the accompanying Declaration of Jeremy A. Lieberman, dated September 20, 2017, the exhibits annexed thereto, and all prior papers and proceedings herein, Lead Plaintiffs Stephen Calfo and Janez Demsar, through their undersigned attorneys, will move this Court, before the Honorable Lorna G. Schofield, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on October 24, 2017 at 4:30 p.m. in Courtroom 1106, for an Order (1) certifying a class, for settlement purposes only, of all persons or entities who purchased or otherwise acquired Corporate Resource Services, Inc. common stock during the period from April 26, 2012 to March 20, 2015, inclusive, and who were damaged thereby, (2) approving the terms and conditions of the Stipulation and Agreement of Settlement, dated May 31, 2017 (the "Stipulation"), as fair, reasonable, and adequate for the settlement of all claims

asserted by the Settlement Class against Defendants, (3) approving the proposed Plan of Allocation as a fair and reasonable method to allocate the Net Settlement Fund among Settlement Class Members, and (4) entering Final Judgment dismissing this Action with prejudice.

Dated:  September 20, 2017                              Respectfully submitted,

                                                                          **POMERANTZ LLP**

                                                                          */s/ Jeremy A. Lieberman*
                                                                          Jeremy A. Lieberman
                                                                          Marc I. Gross
                                                                          Justin S. Nematzadeh
                                                                          600 Third Avenue, 20th Floor
                                                                          New York, New York 10016
                                                                          Telephone: (212) 661-1100

                                                                          **POMERANTZ LLP**
                                                                          Patrick V. Dahlstrom
                                                                          Ten South LaSalle Street, Suite 3505
                                                                          Chicago, Illinois 60603
                                                                          Telephone: (312) 377-1181

                                                                          *Lead Counsel for Plaintiffs and the Class*

                                                                          **THE ROSEN LAW FIRM P.A.**
                                                                          Laurence Rosen
                                                                          275 Madison Avenue, 34th floor
                                                                          New York, New York 10016
                                                                          Telephone: (212) 686-1060

                                                                          and

                                                                          **THE ROSEN LAW FIRM P.A.**
                                                                          Jacob A. Goldberg
                                                                          Gonen Haklay
                                                                          101 Greenwood Avenue, Suite 440
                                                                          Jenkintown, PA 19046
                                                                          Telephone: (215) 600-2817

                                                                          *Counsel for Plaintiffs and the Class*