UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN CALFO and JANEZ DEMSAR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT CASSERA, MICHAEL J. GOLDE, and JOHN P. MESSINA, SR.,<br><br>Defendants. | Case No.: 1:15-cv-04010 (LGS)<br><br>**Motion Date: October 24, 2017** |

**NOTICE OF LEAD PLAINTIFFS' UNOPPOSED MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND COMPENSATORY AWARDS TO LEAD PLAINTIFFS**

**PLEASE TAKE NOTICE** that on October 24, 2017 at 4:30 p.m. in Courtroom 1106 of the United States District Court located at 40 Foley Square New York, New York, 10007, Lead Plaintiffs Stephen Calfo and Janez Demsar ("Lead Plaintiffs") will and hereby do move the Court, the Honorable Lorna G. Schofield, for an order awarding Lead Counsel attorneys' fees in the amount of $550,000, reimbursement of $176,416.77 in expenses that were actually incurred in this Action, and an award in the amount of $6,000 to Lead Plaintiffs to be paid from the Settlement Fund. This motion is based upon this notice of motion, the accompanying memorandum of law, the accompanying declaration of Jeremy A. Lieberman in support of the motion, the exhibits attached thereto, all other pleadings and matters of record, and such additional evidence or argument as may be presented at or before the hearing.

Dated: September 20, 2017

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
Marc I. Gross
Justin S. Nematzadeh
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181

*Lead Counsel for Plaintiffs and the Class*

**THE ROSEN LAW FIRM P.A.**
Laurence Rosen
275 Madison Avenue, 34th floor
New York, New York 10016
Telephone: (212) 686-1060

and

**THE ROSEN LAW FIRM P.A.**
Jacob A. Goldberg
Gonen Haklay
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817

*Counsel for Plaintiffs and the Class*